NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Octaviano Torres-Nevarez,<br>            Petitioner,<br>v.<br>Ryan Thornell, et al.<br>            Respondents. | No. CV-23-02100-PHX-SRB (DMF)<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 5, 2023 raising three grounds for relief: 1) a violation his Fourth, Fifth, Sixth, Eighth, Ninth, and Fourteenth Amendment rights to due process and equal protection because he was not "provided all Material involved" in his case; 2) a "[m]anifest injustice, writ of coram nobis." and; 3) a violation of his due process rights "to obtain an impartial procedure in the Superior Court" because his attorney and the prosecutor violated the Arizona Rules of Professional Conduct. (Doc. 11, Report and Recommendation ("R & R") at 5.) Respondents filed their Limited Answer to Petitioner's Petition for Writ of Habeas Corpus on December 5, 2023. Petitioner filed a Reply on January 2, 2024. On February 29, 2024, the Magistrate Judge issued her Report and Recommendation recommending that the petition be dismissed with prejudice as untimely by more than ten years.

In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 11)

**IT IS FURTHER ORDERED** dismissing the Petition for Writ of Habeas Corpus with prejudice. (Doc. 1)

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because dismissal is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 21st day of March, 2024.

_____
Susan R. Bolton
United States District Judge